### HERTZ v. MINZESHEIMER.

(City Court of New York, General Term.      October 23, 1894.)

APPEAL—REVIEW—WEIGHT OF EVIDENCE.

A verdict on conflicting evidence will not be disturbed on appeal.

Appeal from trial term.

Action by Moses Hertz against Clara Minzesheimer for brokerage. From a judgment entered on a verdict in favor of plaintiff, and from an order directing a new trial, defendant appeals.   Affirmed.

Argued before EHRLICH, C. J., and NEWBURGER, J.

Joel M. Marx, for appellant.

Langbein Bros. & Langbein, for respondent.

EHRLICH, C. J.   The action was for brokerage, and the contention narrowed down to the question whether the defendant was to pay the plaintiff $500, or one-half of 1 per cent. of the price received by the defendant, which latter sum, amounting to $157.50, defendant paid to the plaintiff, who received the same, and claimed it to be on account of the $500.   The evidence is conflicting, and the jury, under a clear and impartial charge, found for the plaintiff. We find no reason to disturb the verdict, and the judgment entered thereon must be affirmed, with costs.